UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

VINCENT RISPOLI,

          Defendant.

- - - - - - - - - - - - - - - - x

INDICTMENT

07 CRIM. 456

### COUNT ONE

(Manufacture and Distribution of a Controlled Substance)

    The Grand Jury charges:

    1.   From in or about 1997 up to and including on or about February 21, 2007, VINCENT RISPOLI, the defendant, unlawfully, intentionally, and knowingly did manufacture, distribute, and dispense, and possess with intent to manufacture, distribute and dispense, a controlled substance, to wit, RISPOLI grew, harvested, packaged and distributed over 1,000 marijuana plants in an apartment located at 324 Canal Street, in New York County, New York.

    (Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).)

**COUNT TWO**

(Conspiracy to Manufacture and Distribute a Controlled Substance)

The Grand Jury further charges:

2.  From in or about 1997 up to and including on or about February 21, 2007, VINCENT RISPOLI, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

3.  It was a part and an object of the conspiracy that VINCENT RISPOLI, the defendant, and others known and unknown, would and did manufacture, distribute and dispense, and possess with intent to manufacture, distribute and dispense, a controlled substance, to wit, RISPOLI and others known and unknown did grow, harvest, package and distribute over 1,000 marijuana plants in an apartment located at 324 Canal Street, in New York County, New York, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

OVERT ACTS

4.  In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

   a.  On or about February 21, 2007, VINCENT RISPOLI, the defendant, entered an apartment located at 324 Canal Street in New York County, New York.

   b. Several times a year between in or about 1997 and February 21, 2007, RISPOLI, together with others known and unknown, did harvest, prepare and package marijuana in an apartment located at 324 Canal Street in New York County, New York.

   (Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VINCENT RISPOLI,

Defendant.

**INDICTMENT**

07 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(A) and 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

5/22/07 Indictment filed. Case assigned to Judge Lynch.

Fox, J.