UNITED STATES DISTRIC1T COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,     :
:
-v-     :
:
VINCENT RISPOLI,     :
:
          Defendant.     :
:
------------------------------------------------------------x

07 Cr. 456 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    Defendant requests a brief adjournment of the conference scheduled for June 29, 2007, at 2:00 p.m, and consents to the exclusion of time under the Speedy Trial Act until the adjourned date. As this adjournment is sought to allow defense counsel to review discovery materials and to discuss possible motions with his client, the Court finds that the reasons for the continuance are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1.     The June 29, 2007, status conference is adjourned to July 6, 2007, at 3:00 p.m.

2.     The time from June 29, 2007 until July 6, 2007, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:     New York, New York
             June 25, 2007

                                                      GERARD E. LYNCH
                                                      United States District Judge