UNITED STATES DISTRIC1T COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                                    :
:                   07 Cr. 456 (GEL)
-v-                                                          :
:                   **ORDER**
VINCENT RISPOLI,                                             :
:
Defendant.                                   :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     Defendant requests an adjournment of the conference scheduled for August 15, 2007, and consents to the exclusion of time under the Speedy Trial Act until the adjourned date. As this adjournment is sought to allow defense counsel to review discovery materials and to discuss possible motions with his client, and to allow the parties additional time to pursue a possible disposition, the Court finds that the reasons for the continuance are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1. The August 15, 2007, status conference is adjourned to September 18, 2007, at 4:45 p.m.

2. The time from August 15, 2007 until September 18, 2007, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            August 15, 2007

                                                           GERARD E. LYNCH
                                                            United States District Judge