UNITED STATES DISTRICIT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                              :

UNITED STATES OF AMERICA,         :

                              :        07 Cr. 456 (GEL)

        -v-                  :

                              :        **ORDER**

VINCENT RISPOLI,              :

                              :

               Defendant.     :

                              :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

        Defendant consents to the exclusion of thirty days under the Speedy Trial Act to allow the parties additional time to pursue a possible disposition. Although the Court had originally sought to schedule a conference in this case upon the expiration of the Speedy Trial Act exclusion period on October 26, 2007, the Court finds that a continuance is warranted and that the reason for the continuance is in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from October 27, 2007, until November 25, 2007, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).


SO ORDERED.

Dated:      New York, New York
           October 30, 2007

                                      GERARD E. LYNCH
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/07