```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -v-

VINCENT RISPOLI,

               Defendant.

------------------------------------------------------------x

07 Cr. 456 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      Defendant consents to the exclusion of time under the Speedy Trial Act until January 11, 2008, to allow the parties additional time to pursue a possible disposition. Although the Court had originally sought to schedule a conference in this case upon the expiration of the Speedy Trial Act exclusion period on November 25, 2007, the Court finds that a continuance is warranted and that the reason for the continuance is in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from December 5, 2007, until January 11, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:     New York, New York
              December 5, 2007

                                              _____
                                                  GERARD E. LYNCH
                                                  United States District Judge