UNITED STATES DISTRICIT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
        -v-                                               :
                                                           :
VINCENT RISPOLI and PETER MONFORTE,                        :
                                                           :
        Defendants.                                      :
                                                           :
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

07 Cr. 456 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The Court has received a letter from counsel for defendant Peter Monforte requesting on behalf of both defendants that the conference in this case, originally scheduled for March 21, 2008, be adjourned to April 4, 2008. The government consents to this request. Defendants also consent to the exclusion of time under the Speedy Trial Act until April 4, 2008, to allow the parties additional time to pursue a possible disposition.

      The Court finds that a continuance is warranted and that the reason for the continuance is in the interests of justice and outweigh the interests of the defendants and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from April 1, 2008, until April 4, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A). The parties shall appear before the Court for a pre-trial conference on April 4, 2008, at 12:15 p.m.

SO ORDERED.

Dated:      New York, New York
               April 1, 2008

                                                           _____
                                                            GERARD E. LYNCH
                                                          United States District Judge