```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

-v-

VINCENT RISPOLI and PETER MONFORTE,

         Defendants.

------------------------------------------------------------x

07 Cr. 456 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The Court has received letters from counsel for each defendant requesting an extension of the deadline to file pre-trial motions until June 9, 2008. The government consents to this request. Defendants also consent to the exclusion of time under the Speedy Trial Act until June 9, 2008, to allow the parties additional time to prepare pretrial motions and pursue a possible disposition.

      The Court finds that a continuance is warranted and that the reason for the continuance is in the interests of justice and outweigh the interests of the defendants and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from June 2, 2008, until June 9, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A). Defendants shall file their pretrial motions, if any, by June 9, 2008. The government shall file its response to any pretrial motions by June 23, 2008.

SO ORDERED.

Dated:     New York, New York
            June 2, 2008

                                                          _____
                                                           GERARD E. LYNCH
                                                            United States District Judge