UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :    07 Cr. 456 (GEL)
       -v-                                                  :
                                                            :    **ORDER**
VINCENT RISPOLI and PETER MONFORTE,                         :
                                                            :
                     Defendants.                            :
                                                            :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      On June 2, 2008, this Court issued an order providing that defendants shall file pretrial motions, if any, by June 9, 2008. On June 30, 2008, the Court received a letter from the government informing the Court that defendant Peter Monforte will not be filing any pretrial motions in this case. Accordingly, Monforte and the government jointly request a conference date for a potential plea disposition. Monforte consents to the exclusion of time under the Speedy Trial Act until the next conference to allow the parties additional time to pursue a possible disposition.

      The Court finds that a continuance for Monforte is warranted and that the reason for the continuance is in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from July 1, 2008, until July 21, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A). The parties shall appear before the Court for a conference on July 21, 2008, at 4:30pm.

SO ORDERED.

Dated:     New York, New York
              July 1, 2008

                                                      GERARD E. LYNCH
                                                      United States District Judge