UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
UNITED STATES OF AMERICA,                         :
:                    07 Cr. 456 (GEL)
-v-                                               :
:                    **ORDER**
:
VINCENT RISPOLI and PETER MONFORTE,               :
:
Defendants.                    :
:
-------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      On July 1, 2008, this Court issued an order scheduling a status conference for defendant Peter Monforte for July 21, 2008. The Court has received a letter from Monforte's counsel informing the Court that the government and Monforte have "reached an accord with a plea disposition requiring a debriefing . . . to activate the safety-valve procedure for sentencing purposes." (Ltr. from Michael S. Washor to the Court, July 15, 2008.) Accordingly, the parties request an adjournment of the July 21, 2008, conference so that the parties can undertake the debriefing process. Monforte consents to the exclusion of time under the Speedy Trial Act until the adjourned date to participate in the debriefing.

      The Court finds that a continuance for Monforte is warranted and that the reason for the continuance is in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from July 21, 2008, until August 15, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A). The parties shall appear before the Court on August 15, 2008, at 10:30am, for purposes of Monforte's plea proceeding.

SO ORDERED.

Dated:    New York, New York
           July 21, 2008

                                                          GERARD E. LYNCH
                                                          United States District Judge