UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                          :

UNITED STATES OF AMERICA,         :

                          :         07 Cr. 456 (GEL)

    -v-                      :

                          :          **ORDER**

VINCENT RISPOLI and PETER MONFORTE,  :

                          :

             Defendants.    :

                          :
-------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       The Court has received a letter dated July 20, 2008, from the government requesting a plea conference with defendant Vincent Rispoli and an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the plea proceeding. According to the government's letter, counsel for Rispoli has indicated that Rispoli plans to enter a plea of guilty and consents to the requested exclusion of time. (Ltr. from Michael D. Maimin to the Court, July 20, 2008, at 1.)

       The Court finds that a continuance for Rispoli is warranted and that the reason for the continuance is in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from July 21, 2008, until August 15, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A). The parties shall appear before the Court on August 15, 2008, at 11:30am, for purposes of Rispoli's plea proceeding.

SO ORDERED.

Dated:     New York, New York
            July 21, 2008

                                        GERARD E. LYNCH
                                 United States District Judge